IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RONALD STORMS,

        Plaintiff,

v.                                                          No. CV 20-1124 JCH/CG

ANDREW M. SAUL,
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court upon review of the record. Plaintiff filed executed summonses on December 23, 2020, showing service was completed by December 23, 2020. (Doc. 10); (Doc. 11); (Doc. 12). Defendant Andrew M. Saul's Answer was due no later than February 22, 2021. *Id.* To date, Defendant has not filed a responsive pleading to Plaintiff's Complaint.

        **IT IS THEREFORE ORDERED** that, by no later than **March 31, 2021**, Plaintiff will either (1) file a notice with the Court stating why this case should not be dismissed for failure to prosecute; or (2) file an appropriate motion in accordance with the Federal Rules.

        **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE