IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RONALD STORMS,

       Plaintiff,

v.                                                                                     No. CV 20-1124 JCH/CG

ANDREW M. SAUL,
Commissioner of the
Social Security Administration,

       Defendant.

**ORDER QUASHING ORDER TO SHOW CAUSE AND**
**GRANTING MOTION TO EXTEND TIME TO FILE ADMINISTRATIVE RECORD**

**THIS MATTER** is before the Court on Defendant Commissioner Andrew Saul's *Unopposed Motion for Leave to File Motion for Extension Out of Time* (the "Motion"), (Doc. 17), filed March 8, 2021. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant shall have until **May 7, 2021**, to file the Electronic Certified Administrative Record and Answer to Plaintiff's Complaint.

**IT IS FURTHER ORDERED** that the Court's *Order to Show Cause*, (Doc. 15), filed March 4, 2021, is hereby **QUASHED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE