# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

RONALD STORMS,

        Plaintiff,

v.                                           No. CV 20-1124 JCH/CG

ANDREW M. SAUL,
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER GRANTING UNOPPOSED
## MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court on Plaintiff Ronald Perry Storms' *Unopposed Motion for Extension of Time to File Briefs* (the "Motion"), (Doc. 26), filed July 6, 2021. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Mr. Storms shall file his Motion to Reverse and Remand for a Rehearing with Supporting Memorandum by **August 6, 2021**.

**IT IS FURTHER ORDERED** that the Commissioner shall file his Response by **October 6, 2021**, and Mr. Storms shall file his Reply by **October 14, 2021**. **No further extensions will be granted.**

**IT IS SO ORDERED**.

                                          _____
                                          THE HONORABLE CARMEN E. GARZA
                                          CHIEF UNITED STATES MAGISTRATE JUDGE